UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80533-RAR

HOWARD COHAN,

        Plaintiff,

v.

EM SQUARED RESTAURANTS, LLC,
*a Foreign Limited Liability Company*
*doing business as* KFC,

        Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 8] ("Notice"), filed on May 25, 2022. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record